Corrine P. Murphy, Esq.
Nevada Bar No. 10410
MURPHY'S LAW, Prof. Corp.
2620 Regetta Drive, Suite 102
Las Vegas, NV 89128
Telephone: (702) 820-5763
cmurphyslawattorney@gmail.com

Kathleen H. Gallagher, Esq.
Nevada Bar No. 15043
GALLAGHER LAW, Prof. Corp.
1850 East Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 744-8086
kathleen@gallagherlawlv.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CARRIE HARADA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case Number<br>2:24-cv-00559-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br><br>**(Second Request)** |

**STIPULATION AND ORDER [PROPOSED] TO EXTEND DISCOVERY**

Plaintiff Carrie Harada, by and through counsel Corrine P. Murphy, Esq. and Kathleen H. Gallagher, Esq. and, and Defendant State Farm Mutual Automobile Insurance Company by and through counsel, Matthew Wagner, Esq. hereby agree and stipulate to extend the discovery and case management deadlines for an additional ninety (90) days.

1

I.   **BACKGROUND**

On or about March 4, 2020, Plaintiff was involved in a motor vehicle collision in Las Vegas, Nevada (hereinafter referred to as the "Subject Incident"). As a result of the Subject Incident, Plaintiff sustained severe bodily injuries. On or about October 5, 2021, Geico tendered its $50,000.00 policy limit on behalf of at-fault driver. Plaintiff had a policy of liability insurance through State Farm Insurance Company, which provided liability limits of $100,000.00 per person and $300,000.00 per occurrence. Plaintiff is seeking damages due to Breach of Contract, Breach of the Implied Covenant of Good Faith and Fair Dealing, and Violation of Nevada Unfair Trade Practices Act NRS 686A.310, NAC 686A, et seq. as a result of Defendant's handling of Plaintiff's claim.

II.  **INFORMATION REQUIRED BY LOCAL RULE 26-4**

The parties provide the following information in accordance with Local Rule 26-4.

A.   **Discovery Completed**

On June 12, 2024, Plaintiff served her initial disclosures.

On July 9, 2024 Defendant served their initial disclosures.

On July 23, 2024, plaintiffs served her first set of requests for admissions on Defendant.

On July 23rd, 2024, Plaintiff served her first set of Requests for Production of Documents on Defendant.

On July 23, 2024, Plaintiff served her first set of Interrogatories on Defendant.

On September 16, 2024 Defendant served their responses to Plaintiff's first set of Requests for Admission.

On September 16, 2024, Defendant served their responses to Plaintiff's first set of Requests for Production of Documents.

On September 16, 2024, Defendant served their responses to Plaintiff's first set of Interrogatories.

On December 5, 2024, the parties entered into a Stipulation and Order regarding a confidentiality agreement, enabling Defendant to serve certain documents, which this Court adopted as an Order.

On December 19, 2024, Defendant served their First Supplemental FRCP disclosure.

### B. Discovery That Remains to Be Completed

The parties also intend to serve additional written discovery, designate experts, take depositions of key witnesses, and engage in motion practice if necessary.

### C. Reasons Why the Deadlines Were Not Satisfied

The parties have been working cooperatively in an effort to resolve this matter without the need for accruing unnecessary litigation costs. Counsel for the parties are meaningfully discussing settlement. In order to keep costs lower, the parties wish to fully exhaust settlement discussions before commencing depositions and expert designations. Also, both Plaintiff and Defendant counsel were out of the office recently for illness and that caused a delay in the settlement discussions.

…

**D.     Proposed Schedule for Remaining Deadlines**

After conferring as to the needs of the case, the parties propose the following schedule for discovery and the remaining case management deadlines, to include an additional ninety (90) days beginning March 4, 2025.

| Deadline | Prior Date | New Date |
|---|---|---|
| Amend Pleadings and Add Parties deadline | February 3, 2025 | **CLOSED** |
| Expert disclosure deadline | March 4, 2025 | **June 2, 2025** |
| Rebuttal expert deadline | April 3, 2025 | **July 2, 2025** |
| Close of discovery | May 2, 2025 | **August 1, 2025** |
| Dispositive motion deadline | June 3, 2025 | **September 1, 2025** |
| Joint Pre-Trial Order | July 3, 2025 | **October 1, 2025** |

…

…

…

The parties state their proposed discovery extension request is made in good faith and not sought for delay or any improper purpose, and that the additional time is needed to allow the parties to complete discovery and adequately prepare the case for trial or other resolution.

GALLAGHER LAW

/s/ Kathleen H. Gallagher
Kathleen H. Gallagher, Esq.
Nevada Bar Number 15043
1850 E. Sahara Ave., Ste. 107
Las Vegas, Nevada 89104
*Attorney for Plaintiff*

DENNETT WINSPEAR, LLP

/s/ Matt Wagner
Ryan L. Dennett, Esq.
Nevada Bar No. 5617
Matt Wagner
Nevada Bar No. 11311
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
*Attorney for Defendant*

MURPHY'S LAW, Prof. Corp.

/s/ Corrine P. Murphy
Corrine P. Murphy, Esq.
Nevada Bar No. 10410
2620 Regetta Drive, Suite 102
Las Vegas, NV 89128
*Attorney for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: __February 7, 2025_____