1 RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
2 rdennett@dennettwinspear.com
MATTHEW J. WAGNER, ESQ.
3 Nevada Bar No. 11311
mwagner@dennettwinspear.com
4 **DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
5 Las Vegas, Nevada 89129
Telephone:     (702) 839-1100
6 Facsimile:     (702) 839-1113
*Attorneys for Defendant, State Farm*
7 *Mutual Automobile Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARRIE HARADA, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES 1 through X, inclusive,<br><br>  Defendants. | CASE NO:  2:24-CV-00559-GMN-EJY |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff CARRIE HARADA by and through her counsel of record, KATHLEEN H. GALLAGHER, ESQ., of GALLAGHER LAW, PC, and CORRINE P. MURPHY, ESQ., of MURPHY'S LAW, PC and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY by and through its counsel of record, MATTHEW J. WAGNER, ESQ., of the law firm of DENNETT WINSPEAR, LLP,

…

…

…

…

…

that the within matter be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 22nd day of December, 2025.

**GALLAGHER LAW, PC**

By  /s/Kathleen H. Gallagher
KATHLEEN H. GALLAGHER, ESQ.
Nevada Bar No. 15043
1850 East Sahara A venue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 744-8086
Facsimile:   (702) 735-0204
***Attorneys for Plaintiff, Carrie Harada***

DATED this 22nd day of December, 2025.

**MURPHY'S LAW**

By  /s/Corrine P. Murphy
CORRINE P. MURPHY, ESQ.
Nevada Bar No. 10410
2620 Regatta Derive, Suite 102
Las Vegas, Nevada 89128
Telephone: (702) 820-5763
Facsimile:   (702) 665-7345
***Attorneys for Plaintiff, Carrie Harada***

DATED this 22nd day of December, 2025.

**DENNETT WINSPEAR, LLP**

By  /s/Matthew J. Wagner
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
MATTHEW J. WAGNER, ESQ.
Nevada Bar No. 11311
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone: (702) 839-1100
Facsimile:   (702) 839-1113
***Attorneys for Defendant, State Farm Mutual Automobile Insurance Company***

**ORDER**

Good cause appearing therefore, IT IS SO ORDERED.

DATED this  23  day of  December , 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT